Stephen Winiarski, Administrator of Estate of La Vergne Winiarski, Plaintiff-Appellant, v. Emil Louis Melkovitz and Fred Schwind, Defendants-Appellees.

Gen. No. 45,509.

Roman E. Posanski, for appellant; Charles D. Snewind, of counsel; Braun, Johnson & Ryan, for appellees; Philip E. Ryan, of counsel. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed January 30, 1952; rehearing denied February 15, 1952; released for publication April 2, 1952.